UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-20456-CR-LENARD/GOODMAN

**UNITED STATES OF AMERICA**,
          Plaintiff,

vs.

GEORGE RODNEY TIMINSKY,

          Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION (D.E. 71)**

**THIS CAUSE** is before the Court on the Report and Recommendation of U.S. Magistrate Judge Jonathan Goodman ("Report," D.E. 71), issued on October 14, 2014, recommending that the District Court impose restitution in the amount of $11,245,906.66. To date, no objections to the Report have been filed. Failure to timely file objections shall bar parties from attacking on appeal the factual findings contained in the report. *See Resolution Trust Corp. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993). Therefore, after an independent review of the Report and record, it is hereby

    **ORDERED AND ADJUDGED** that:

    1.    The Report of the Magistrate Judge (D.E. 71) issued on October 14, 2014, is **ADOPTED**.

    2.    The Defendant shall pay restitution in the amount of $11,245,906.66. An Amendment Judgment shall be entered reflecting restitution owed.

    **DONE AND ORDERED** in Chambers at Miami, Florida, this 26th day of November, 2014.

_____
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**
